IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

T.R.                                                                                                            PLAINTIFF

v.                                  Case No. 4:23-cv-01194-LPR

VILONIA SCHOOL DISTRICT                                                                DEFENDANT

**DEFENDANT VILONIA SCHOOL DISTRICT'S
MOTION FOR JUDGMENT ON THE RECORD**

Defendant Vilonia School District ("District"), by its attorneys, Bequette, Billingsley & Kees, P.A., for its Motion for Judgment on the Record, states:

1. This is an appeal by the District under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq*.

2. D.D. ("Student") was a student at the District prior to the filing of the first Due Process Complaint ("Complaint No. 1"). The Student's parent, Plaintiff T.R., filed Complaint No. 1 against the District on August 12, 2022, AR 1-18, which resulted in an administrative due process proceeding conducted by an impartial Hearing Officer ("HO") appointed by the Arkansas Department of Education.

3. Following a hearing, the HO entered a Final Decision and Order ("Order No. 1"), concluding the Student was denied a FAPE during the 2021-2022 and 2022-2023 school years. AR 145-49. Also in Order No. 1, Plaintiff's requested remedy of private placement was denied based on the finding Plaintiff "failed to present sufficient evidence that the District cannot prospectively provide Student a FAPE, as the District did provide Student a FAPE in the 2020-2021 school year which shows that the District is capable of prospectively providing Student a FAPE." AR 151.

4.      Plaintiff then filed a second Due Process Complaint ("Complaint No. 2") on July 13, 2023. AR 2452-64. Complaint No. 2 alleges that Order No. 1 "erred as a matter of law in finding Parent unilaterally placed [the Student] in a private school, and as a result, failed to order the District to pay [the Student's] private school tuition and concomitant relief." AR 2455. Complaint No. 2 again sought private placement. *Id.*

5.      Following a second hearing, the HO entered a Final Decision and Order ("Order No. 2"), concluding the District denied the Student a FAPE in the 2022-2023 school year and reversing her previous decision and awarding private placement. AR 2567-76.

6.      Order No. 2 should be reversed because the principals of collateral estoppel and res judicata preclude Plaintiff from relitigating the issue of private placement. Further, because the Student did not attend school in the District when Complaint No. 2 was filed, Plaintiff was not entitled to a hearing on Complaint No. 2.

7.      The Orders should also be reversed because the Student was provided a FAPE during his ninth-grade year and FAPE was not denied when the Student was unenrolled before his tenth-grade year when he failed to attend. No technical, procedural issues under the IDEA resulted in a denial of FAPE.

8.      Finally, the HO erred in awarding private placement because the District can provide the Student a FAPE and Compass Academy is an inappropriate placement.

9.      As a result, the Orders should be reversed, judgment should be entered in favor of the District, and Plaintiff's claims should be dismissed.

10.     In support of this Motion, the District relies upon the accompanying Memorandum Brief in Support of its Motion for Judgment on the Record, and upon the entire administrative record in this action.

WHEREFORE, Defendant Vilonia School District prays that its Motion for Judgment on the Record be granted, the Orders be reversed, Plaintiff's claims dismissed, for its attorneys' fees and costs incurred herein, and for all other appropriate relief to which it may be entitled.

Respectfully submitted,

Jay Bequette, Ark. Bar No. 87012
W. Cody Kees, Ark. Bar No. 2012118
Phillip M. Brick, Jr., Ark. Bar No. 2009116
BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092
Email: jbequette@bbpalaw.com
Email: ckees@bbpalaw.com
Email: pbrick@bbpalaw.com

*Attorneys for Defendant/Counter-Plaintiff,*
*Vilonia School District*