## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**T.R.**                                                              **PLAINTIFF**

**v.**                          **Case No. 4:23-cv-01194-LPR**

**VILONIA SCHOOL DISTRICT**                                          **DEFENDANT**

### JUDGMENT

Pursuant to the Order entered on March 30, 2026, and previous orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Plaintiff on her claim for attorneys' fees and costs.  All other claims in this case are dismissed.  The judgment in favor of Plaintiff is for $41,538.91.

IT IS SO ADJUDGED this 14th day of April 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE